

UNITED STATES DISTRICT COURT
For the
NORTHERN DISTRICT OF OKLAHOMA

**FILED**

APR 03 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

KEITH EARL ROBINSON,  )
    Plaintiff(s),  )
  )
  )
  )
v.  )  Case No. 20-CV-0086-GKF-CDL
  )
  )
  )
  )
KAMERON HARVANEK,  )
    Defendant(s)  )

## NOTICE OF APPEAL

    The Plaintiff, Keith Earl Robinson, gives notice of intent to appeal to the United States Court of Appeals for the 10th Circuit from the order denying petitioner's application for Habeas Corpus relief entered in the Northern District Court of Oklahoma on the 17th of March.

Respectfully submitted on this 30th day of March, 2023.

/s/ *[signature]*

Keith Earl Robinson #479285
L.C.C. Unit 5-H-1-A
P.O. Box 260
Lexington, OK 73051

✓ Mail  ___ No Cert Svc  ___ No Orig Sign
___ C/J  ___ C/MJ  ___ C/Ret'd  ✓ No Env
___ No Cpys  ___ No Env/Cpys  ___ O/J  ___ O/MJ

Forms

UNITED STATES DISTRICT COURT
For the
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Keith Earl Robinson )<br>      Plaintiff, )<br> )<br>v. )<br> )<br> )<br>Kameron Harvanek )<br>      Defendant )   | Case No. 20-CV-0086-GKF-CDL |

## DECLARATION OF INMATE FILING

I am an inmate confined in an institution. Today, 30 March, 2023, I am depositing the Notice of Appeal in this case in the institution's internal mailing system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

/s/ *[signature]*
Keith Earl Robinson #479285
L.C.C. Unit 5-H-1-A
P.O. Box 260
Lexington, OK 73051

Signed on 30th March, 2023

US POSTAGE ~ PITNEY BOWES
ZIP 73051
02 4W
0000380205 MAR 30 2023
$001.50⁰

Postmarked
3/30/23
mb

20-cv-86-GKF-CDL

Robinson, Kevin # 479285
LCC Unit 5-H1-A
P.O. Box 260
Lexington, OK 73051

U.S. District Court Clerk
333 W. 4th St., #411
Tulsa, OK 74103

RECEIVED
APR 03 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT



LEGAL MAIL

This correspondence is from an offender under the custody of the Oklahoma Department of Corrections (ODOC). For specific information about the offender sending this correspondence such as offense, projected release date, photo, etc., refer to our website at www.ok.gov/doc. Click on the "Offender Information" link then the "Offender Lookup" link or contact (#) facility contact and facility telephone number) at the facility telephone number. Further, the facility is not responsible for the substance or content. Objections to the material may be returned to the facility head at:
Lexington A & R C
Lexington, OK 73051-0260