# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

**TRANSMITTAL SHEET**
(Notice of Appellate Action)

---

Date Notice filed: 04/03/2023

Style of Case: Robinson v. Harvanek

Appellant: Keith Earl Robinson

District Court No: 20-cv-00086-GKF-CDL

Tenth Circuit Case No: 

☐ Amended NOA                    ☐ Cross Appeal

☐ Interlocutory Appeal           ☐ Successive Petition (2254 or 2255) (no fee)

Notice of appeal is enclosed to all parties (except to appellant in civil cases); Notice of Appeal, docket entries and district court order are enclosed to 10th Circuit Court of Appeals:

### APPEAL FILED BY PRO SE

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Mailed/Given | ☒ |
| Motion for IFP on Appeal Filed | ☐ |

### APPEAL FILED BY COUNSEL

| | |
|---|---|
| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Made Available | ☐ |
| Motion for IFP on Appeal Filed | ☐ |
| Court Appointed Counsel (CJA/FPD) | ☐ |
| USA | ☐ |

By: M Bohard                           April 3, 2023   Phone: (918) 699-4700